UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

TZADIK RAPID CITY PORTFOLIO I LLC

Case No.: 25-14655-PDR

Chapter 11

Debtor.
_____/

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), the above-captioned debtor and debtor-in-possession, Tzadik Rapid City Portfolio I, LLC (the "Debtor"), files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and are the Debtor's best estimates based on the information available to it. Accordingly, the below responses are subject to revision and modification as additional information becomes available. Debtor is diligently working to prepare financial information as of the petition date and same will be reflected in Debtor's schedules and statement of financial affairs.

1. Date of Order for Relief under Chapter 11 (the "Petition Date"): April 27, 2025.

2. Names, case numbers, and dates of filing of related debtors:

   - Tzadik Sioux Falls Portfolio I, LLC (Case No. 25-13865, "Portfolio I") April 9, 2025
   - TMG 2 LLC (Case No. 25-13867, "TMG 2") April 9, 2025
   - Garden Villas Apartments, LLC (Case No. 25-24868, "Garden") April 9, 2025
   - Tzadik Hidden Hills Apartments, LLC (Case No. Case No. 25-13884 "Hidden Hills") April 10, 2025

3. Description of the Debtor's Business: The business primarily revolves around the management and ownership of various multi-family real estate properties, which are used as rentals, located throughout South Dakota.

4. Locations of the Debtor's Operations and Whether Lease or Owned: The Debtor's business is primarily operated from 2450 Hollywood Blvd Ste 503, Hollywood, FL 33020. The Debtor owns various Multi-Family Properties in Rapid City, South Dakota.

5. Reasons for Filing Chapter 11: Due to, among other things, cash flow issues largely related to judgment collection creditor activity (including attempts at garnishment), and other market conditions, Debtor commenced the instant bankruptcy case. Through this bankruptcy case, the Debtor seeks an efficient forum to administer claims, reorganize its operations and financial affairs, and formulate a confirmable plan of reorganization.

6. List of officers, directors and insiders (including relatives of insiders), if applicable, who receive salaries or benefits from the debtor and their respective salaries or benefits at the time of filing and during the one year prior to filing:

The Debtor is a manager managed Delaware Limited Liability Company. The manager and general partner is Adam Hendry (69.24%). The three limited partners are Premier Trust Inc., Custodian FBO Mark W. Kramp IRA (12.08%), Carnival Properties, LLC (12.08%), and Premier Trust Inc., Custodian FBO Steven Y Lee (6.60%)

7. The Debtor's annual gross revenues: From January 2024 through December 2024, was $2,338,994.14.

8. Amounts owed to various creditors, including current year to date and prior fiscal year: The Debtor has approximately $16,571,000.00 in senior loans attached to their multi-family properties in South Dakota.

9. General Description and approximate value of the Debtor's current and fixed assets: Debtor's real property with an estimated value approximately $24,700,000.00

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

| Insurer | Policy No. | Amount | Current | Premium Due Date | Policy Expiration | Coverage |
|---|---|---|---|---|---|---|
| Starstone Specialty Insurance Company | DERIPPSD0001824 | $25,344,720.00 | Yes | N/A | December 23, 2025 | Commercial Liability policy |
| Falls Lake Fire and Casualty Company | AIN49798 | $5,371,965.00 | Yes | N/A | December 1, 2025 | Commercial Liability Policy |
| Auto-Owners Insurance Company | 20853154; | Varies based on Occurrence | Yes | N/A | Decembr 1, 2025 | Commercial Liabilty Policy |
| | 5420007100 | $5,000,000.00 | Yes | N/A | December 1, 2025 | Umbrella Liability Policy |

11. Number of Employees and Gross Amounts of Wages owed as of Petition Date: Debtor does not directly employ any employees. Individuals who assist in the operations of the Debtor's business are employees of Debtor's management company.

12. Status of Debtor's Payroll and Sales Tax Obligation, if applicable: The Debtor does

not owe any sales tax.

12. Anticipated Emergency/Expedited Relief to Be Requested within 14 days after Petition Date:

- Application for Employment of General Bankruptcy Counsel; Expedited Motion for Authorization to Use of Cash Collateral on an Interim and Final Basis; Motion to Jointly Administer Affiliated Bankruptcy Cases; Motion to Employ Notice Agent; Motion to Limit/Modify Notice to Creditors.

By: /s/ Adam Hendry
Adam Hendry
Authorized Representative of the Debtor

**EDELBOIM LIEBERMAN PLLC**
*Counsel for the Debtors*
2875 NE 191st Street
Penthouse One
Miami, FL 33180
Telephone: (305) 768-9909
Facsimile: (305) 928-1114
Email: morgan@elrolaw.com
Email: brett@elrolaw.com

By: /s/ Brett D. Lieberman
Morgan B. Edelboim
Florida Bar No. 40955
Brett D. Lieberman
Florida Bar No. 69583